**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | |
|---|---|
| STEPHANIE MACKEY and NICK MIGLIORE, on behalf of themselves and all others similarly situated, | ) ) ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 3:21-cv-50283 |
| | ) |
| CHEMTOOL INCORPORATED and | ) |
| THE LUBRIZOL CORPORATION | ) The Honorable Iain D. Johnston |
| | ) The Honorable Lisa A. Jensen |
| Defendants. | ) |
| | ) |
| v. | ) |
| | ) |
| HOLIAN INSULATION COMPANY, INC. | ) |
| | ) |
| Third-Party Defendant. | ) |

---

**PLAINTIFFS' MOTION TO CONSOLIDATE
THE *HENDERSON* CLASS ACTION WITH THE *MACKEY* CLASS ACTION
FOR ALL PURPOSES, INCLUDING TRIAL**

Plaintiffs Stephanie Mackey and Nick Migliore, individually and on behalf of all others

similarly situated, by and through their undersigned counsel, moves this Honorable Court for the

entry of an order consolidating the *Henderson* Class Action with this one.[1] In support of their

Motion to Consolidate the *Henderson* Class Action with the *Mackey* Class Action for All Purposes,

Including Trial, Plaintiffs state as follows:

---

[1] Counsel for Third-Party Defendant Holian Insulation Company, Inc. ("Holian") has authorized Plaintiffs to represent to the Court that it does not oppose or object to Plaintiffs' Motion. Plaintiffs provided a copy of this motion to Defendants Chemtool Incorporated ("Chemtool') and The Lubrizol Corporation ("Lubrizol") prior to its filing and asked whether they opposed or object to it. As of the time of filing of this motion, Defendants have not indicated whether they agree or oppose the motion.

## RELEVANT FACTS AND PROCEDURAL HISTORY

On June 14, 2021, an enormous chemical fire occurred at the Chemtool Chemical Plant, which emitted a massive toxic smoke and dust plume. The fire was so significant that both state and federal agencies responded to the scene. To protect the residents, Winnebago County, Illinois authorities ordered the evacuation of everyone that lived within a one-mile radius of the Chemtool Chemical Plant and ordered people within three miles of the Chemtool Chemical Plant to wear masks and take other safety precautions.

On June 18, 2021, Plaintiffs Stephanie Mackey and Nick Migliore filed their Class Action Complaint against Chemtool and Lubrizol in the Circuit Court of the 17th Judicial Circuit Winnebago County (hereinafter referred to as "*Mackey*"). *Stephanie Mackey and Nick Migliore on behalf of themselves and all others similarly situated v. Chemtool Incorporated and Lubrizol Corporation*, 2021-L-0000165. Defendants timely removed it to the Western Division of the U.S. District Court for the Northern District of Illinois where it was assigned Docket No. 3:21-cv-050283. After removal, *Mackey* was randomly assigned to the Honorable Iain D. Johnston and the Honorable Lisa A. Jenson. On April 14, 2022, Defendants filed their Third-Party Complaint against Holian in *Mackey*. (ECF No. 56).

On June 28, 2021, Sara Henderson filed her Class Action Complaint against Chemtool Incorporated and Lubrizol Corporation and named Berkshire Hathaway, Inc. as a Respondent in Discovery in the Circuit Court of the 17th Judicial Circuit Winnebago County (hereinafter referred to as "*Henderson*"). *Sara Henderson, individually and on behalf of all others similarly situated v. Chemtool Incorporated and The Lubrizol Corporation*, 2021-L-0000175. Defendants timely removed it to the Western Division of the U.S. District Court for the Northern District of Illinois where it was assigned Docket No. 3:21-cv-50285. After removal, *Henderson* was directly assigned

to the Honorable Iain D. Johnston and the Honorable Lisa A. Jenson. On April 14, 2022, Defendants filed their Third-Party Complaint against Holian in *Henderson*. (ECF No. 53).

In order to promote convenience and judicial economy and to avoid the unnecessary duplication of efforts (*e.g.,* filing of two class certification motions with different class representatives), Plaintiffs bring this motion to consolidate *Henderson* with *Mackey*.

## ARGUMENT

Federal Rule of Civil Procedure 42(a) provides that "[w]hen actions involving a common question of law or fact are pending before the court, it may (1) order a joint hearing or trial of any or all matters in issue in the actions; 2) order all actions consolidated; or 3) issue any other orders to avoid unnecessary cost or delay." Fed. R. Civ. P. 42(a). "[C]ases [that] involve common questions of fact and share some identical questions of law . . . [are] prime subjects for consolidation under the policy that considerations of judicial economy strongly favor simultaneous resolution of all claims growing out of one event[.]" *Ikerd v. Lapworth*, 435 F.2d 197, 204 (7th Cir. 1970) (affirming consolidation where both cases arose out of the same collision).

It is readily apparent from the *Henderson* Class Action Complaint and the *Mackey* Class Action Complaint that both actions arise out of the same occurrence (*i.e..* the fire at the Chemtool Chemical Plant), advance the same legal claims (negligence, nuisance, trespass), and seek the same redress (*i.e.* compensation from the Defendants for property-related damages). Therefore, both Class Action Complaints involve common questions of fact, *e.g.*,

- Whether Defendants properly planned for the insulation replacement work Holian was scheduled to perform at the Plant on the day of the fire;

- Whether Defendants adequately supervised Holian's insulation replacement work at the Plant on the day of the fire;

- Whether Defendants should have halted operations in the grease manufacturing area while Holian was working or drained hot oil from the piping where the leak occurred before Holian began work;

- Whether Defendants had an adequate plan in place to contain hot oil and prevent it from igniting if a leak occurred;

- Whether Defendants had adequate fire suppression systems, *e.g.*, an automated overhead sprinklers, to contain and suppress the fire;

- Whether Defendants failed to ensure that the Rockton Fire Protection District and other local emergency responders knew of the type or amount of hazardous and flammable materials that were contained in the Plant or to otherwise have an adequate emergency response plan in place (resulting in emergency responders' inability to extinguish the fire quickly).

*See John v. Advocate Aurora Health, Inc.*, Case No. 22-CV-53-NJ, 2022 WL 17342395 *1 (E.D. Wis. Nov. 29, 2022) (finding a common question of fact where "[a]ll three lawsuits arise out of the same nucleus of operative facts").

In addition, both Class Action Complaints involve common questions of law, such as whether the Defendants committed negligence, nuisance, and/or trespass. *See id.* (finding common questions of law where "[a]ll three actions assert similar causes of action, define overlapping classes, and seek similar remedies against a common defendant"). Therefore, this Court should grant this Motion and enter an order consolidating *Henderson* with *Mackey*. *See Hill v. The Tribune Co.,* No. 05 C 2602, 2005 WL 3299144 *1, *4 (N.D. Ill. Oct. 13, 2005) (ordering consolidation where "the cases all concern the same subject matter and essentially the same claims").

Moreover, both *Mackey* and *Henderson* are assigned to the Honorable Iain D. Johnston and the Honorable Lisa A. Jenson. The same attorneys represent the Plaintiffs in both *Mackey* and *Henderson*, and the Defendants are represented by the same attorneys in both cases. In addition, the same discovery and pretrial schedule applies to both cases so that consolidation will not cause delay nor prejudice any party. Therefore, in order to avoid unnecessary duplication of efforts (*e.g.,* filing the same class certification motion in *Henderson* and *Mackey* but with different class

representatives) and to promote expeditious resolution and judicial economy, this Court should grant this Motion and consolidate *Henderson* with *Mackey*.

## CONCLUSION

WHEREFORE, Plaintiff Stephanie Mackey and Nick Migliore, on behalf of themselves and all others similarly situated, respectfully requests that this Honorable Court consolidate *Henderson v. Chemtool*, et. al., Docket No. 3:21-cv-50285, with *Mackey, et. al. v. Chemtool, et. al*, Docket No. 3:21-cv-50283 for all purposes, including trial. Plaintiffs pray for any further relief that this Honorable Court deems just and equitable under the circumstances.

Dated:  March 31, 2023                    Respectfully Submitted,

**HART MCLAUGHLIN & ELDRIDGE, LLC**

/s/ *Charles R. Vogt*
One of the Attorneys for Plaintiffs and the Class

      **HART MCLAUGHLIN & ELDRIDGE, LLC**
      Steven A. Hart
      Brian Eldridge
      Charles Vogt
      One South Dearborn, Suite 1400
      Chicago, Illinois 60602
      T: (312) 955-0545
      shart@hmelegal.com
      beldridge@hmelegal.com
      cvogt@hmelegal.com

      Daniel. R. Flynn
      **DICELLO LEVITT GUTZLER LLC**
      10 N. Dearborn Ave., Sixth Floor
      Chicago, Illinois 60602
      T: (312) 214-7900
      dflynn@dicellolevitt.com

      Robert M. Foote
      **FOOTE, MIELKE, CHAVEZ & O'NEIL, LLC**
      10 West State Street, Suite 200
      Geneva, Illinois 60134
      T: (630) 232-7450

rmf@fmcolaw.com

Stephan D. Blandin
Antonio M. Romanucci
David A. Neiman
**ROMANUCCI & BLANDIN, LLC**
321 N. Clark Street, Suite 900
Chicago, Illinois 60654
T: (312) 458-1000
sblandin@rblaw.net
aromanucci@rblaw.net
dneiman@rblaw.net

Robert S. Libman
**MINER, BARNHILL, & GALLAND, P.C.**
325 N. LaSalle Street, Suite 350
Chicago, Illinois 60654
T: (312) 751-1170
rlibman@lawmbg.com

Edward J. Manzke
**THE COLLINS LAW FIRM, P.C.**
1770 Park Street, Suite 200
Naperville, Illinois 60563
T: (312) 751-1170
ejmanzke@collinslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of PLAINTIFFS' MOTION TO CONSOLIDATE THE

HENDERSON CLASS ACTION WITH THE MACKEY CLASS ACTION FOR ALL PURPOSES,

INCLUDING TRIAL the foregoing was filed electronically on March 31,2023. Notice of this filing will

be sent to all parties by operation of the Court's electronic filing system.

_____*/s/ Madeline Paoli*_____