IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| STEPHANIE MACKEY, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 3:21-cv-50283 |
| | ) |
| CHEMTOOL INCORPORATED, *et al.*, | ) The Honorable Iain D. Johnston |
| | ) The Honorable Lisa A. Jensen |
| Defendants. | ) |
| | ) |
| v. | ) |
| | ) |
| HOLIAN INSULATION COMPANY, INC. | ) |
| | ) |
| Third-Party Defendant. | ) |

**JOINT STATUS REPORT IN RESPONSE TO THE COURT'S MAY 2, 2023 MINUTE ENTRY CONCERNING REDACTIONS IN ESI PRODUCTIONS**

Pursuant to this Court's May 2, 2023 Order (ECF No. 188), Plaintiffs Stephanie Mackey, Nick Migliore, and the putative class ("Plaintiffs"), Defendants Chemtool Incorporated ("Chemtool") and The Lubrizol Corporation ("Lubrizol") (collectively "Defendants"), and Third-Party Defendant Holian Insulation Company, Inc. ("Third-Party Defendant" or Holian") (collectively "the Parties"), respectfully submit this joint statement regarding the status of redactions in ESI productions.

As noted in the Parties' May 1, 2023 joint statement, Defendants have proposed redacting non-responsive and/or irrelevant, commercially sensitive information. The Parties' work to develop a framework to identify areas where redactions would be agreed to, along with a protocol for challenging redactions, is ongoing. Defendants have provided Plaintiffs with examples of the type of information Defendants intend to redact; however, Defendants have not yet identified any document that they intend to redact. Defendants consequently informed Plaintiffs that as

Defendants' document review continues, Defendants will identify, on an ongoing basis, categories of information for redaction based on the ongoing review. As categories of information are identified for redaction, Plaintiffs and Defendants have agreed to continue to meet and confer on those specific categories. The Parties will provide a further update to the Court on these issues during the upcoming June 1, 2023 in-person court conference.

Dated:  May 15, 2023					Respectfully submitted,


						/s/ Daniel R. Flynn
						Daniel R. Flynn
						One of the Attorneys for Plaintiffs

						Daniel R. Flynn
						Anna Claire Skinner (*pro hac vice*)
						**DiCELLO LEVITT GUTZLER LLC**
						Ten N. Dearborn St., Sixth Fl.
						Chicago, IL 60602
						(312) 214-7900
						dflynn@dicellolevitt.com
						askinner@dicellolevitt.com

						/s/ Robert S. Libman
						Robert S. Libman
						Deanna N. Pihos
						Roisin Duffy-Gideon
						Angelys Torres-McBride
						**MINER, BARNHILL & GALLAND, P.C.**
						325 N. LaSalle St., Ste. 350
						Chicago, IL 60654
						(312) 751-1170
						rlibman@lawmbg.com
						dpihos@lawmbg.com
						rduffy@lawmbg.com
						atorres@lawmbg.com

						/s/ Robert M. Foote
						Robert M. Foote
						Kathleen C. Chavez
						**FOOTE, MIELKE, CHAVEZ & O'NEIL, LLC**

2

10 W. State St., Ste. 200
Geneva, IL 60134
(630) 232-7450
rmf@fmcolaw.com

/s/ Marc C. Gravino
Marc C. Gravino
John J. Holevas
**WILLIAMS MCCARTHY LLP**
P.O. Box 219
Rockford, IL 61105
(815) 987-8936
mgravino@wilmac.com
jholevas@wilmac.com

/s/ Edward J. Manzke
Edward J. Manzke
Shawn Collins
Margaret Galka
**THE COLLINS LAW FIRM, PC**
1770 Park St., Ste. 200
Naperville, IL 60563
(630) 527-1595
shawn@collinslaw.com
ejmanzke@collinslaw.com
mgalka@collinslaw.com


/s/ David A. Neiman
David A. Neiman
**ROMANUCCI & BLANDIN, LLC**
321 N. Clark St., Ste. 900
Chicago, IL 60654
(312) 458-1000
dneiman@rblaw.net


/s/ Steven A. Hart
Steven A. Hart
**HART MCLAUGHLIN & ELDRIDGE, LLC**
22 W. Washington St., Ste. 1600
Chicago, IL 60602
(312) 955-0545
shart@hmelegal.com

/s/ Joseph R. Vallort

3

Joseph R. Vallort #6209211
**CHILTON YAMBERT PORTER LLP**
303 W. Madison, Suite 2300
Chicago, Illinois 60606
Telephone: (312) 460-8000
jvallort@cyp-law.com

/s/ Jeffrey J. Lauderdale
Jeffrey J. Lauderdale #6323242
**THE LUBRIZOL CORPORATION**
29400 Lakeland Boulevard
Wickliffe, Ohio 44092
Telephone: (440) 347-5753
jeffrey.lauderdale@lubrizol.com

/s/ Dominique Savinelli
Dominique Savinelli #6323175
**HUSCH BLACKWELL LLP**
120 South Riverside Plaza, Suite 2200
Chicago, Illinois 60606
Telephone: (312) 526-1518
dominique.savinelli@huschblackwell.com

/s/ Mark P. Ressler
Mark P. Ressler (*pro hac vice*)
Joshua E. Hollander (*pro hac vice*)
Christine M. Rodriguez (*pro hac vice*)
**Kasowitz Benson Torres LLP**
1633 Broadway
New York, New York 10019
Phone: (212) 506-1700
mressler@kasowitz.com
jhollander@kasowitz.com
cmrodriguez@kasowitz.com

Jason S. Takenouchi (*pro hac vice*)
**Kasowitz Benson Torres LLP**
101 California Street, Suite 3000
San Francisco, California 94111
Phone: (415) 421-6140
jtakenouchi@kasowitz.com

*Attorneys for Defendants*

*/s/ Andrew C. Seiber*
Andrew C. Seiber

**AMUNDSEN DAVIS LLC**
150 North Michigan Avenue, Suite 3300
Chicago, Illinois 60601
(312) 894-3279
aseiber@amundsendavislaw.com

*Attorneys for Third-Party Defendant*