# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Western Division

Stephanie Mackey, et al.
                       Plaintiff,

v.                                              Case No.: 3:21−cv−50283
                                                      Honorable Iain D. Johnston

Chemtool Incorporated, et al.
                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 27, 2023:

      MINUTE entry before the Honorable Lisa A. Jensen: Telephonic motion hearing on Plaintiffs' motion to compel [145] and Plaintiffs' motion for entry of an ESI protocol [167] held 6/27/2023. For the reasons stated on the record, Plaintiffs 9; motion to compel [145] is granted in and part denied in part. By 8/28/2023, Defendants shall substantially complete their document production based on the current custodians and search terms. Additionally, Plaintiffs' motion for entry of an ESI protocol [167] is granted. The protocol for the production of ESI shall issue separately. Lastly, the parties are to meet and discuss a proposed new fact discovery schedule which will be brought before the Court at the in−person hearing previously set for 7/13/2023 at 11:00 AM. Mailed notice. (vk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.