IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| STEPHANIE MACKEY, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 3:21-cv-50283 |
| | ) |
| CHEMTOOL INCORPORATED, *et al.*, | ) The Honorable Iain D. Johnston |
| | ) The Honorable Lisa A. Jensen |
| Defendants. | ) |
| | ) |
| v. | ) |
| | ) |
| HOLIAN INSULATION COMPANY, INC. | ) |
| | ) |
| Third-Party Defendant. | ) |

### DEFENDANTS CHEMTOOL INCORPORATED' AND THE LUBRIZOL CORPORATIONS' UNOPPOSED MOTION FOR TELEPHONIC ACCESS TO THE JULY 13, 2023 COURT HEARING

Defendants Chemtool Incorporated and The Lubrizol Corporation (collectively "Defendants") respectfully submit this Unopposed Motion for Telephonic Access requesting that the Court permit telephonic appearances at the July 13, 2023 In-Person Court Hearing to take place at 11:00 a.m. in the above-styled matter. Although Defendants will be represented at the hearing in person, undersigned counsel has a conflict and will not be able to attend the hearing in person but will be available to participate telephonically. Additionally, Mr. Bosslet will be available to participate telephonically in the unlikely event ESI issues are discussed at the hearing. Counsel for Plaintiffs and Holian have been consulted and do not oppose this Motion.

/s/ Joseph R. Vallort
Joseph R. Vallort #6209211
**CHILTON YAMBERT PORTER LLP**
303 W. Madison, Suite 2300
Chicago, Illinois 60606
Telephone: (312) 460-8000
jvallort@cyp-law.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **Defendants' Unopposed Motion for Telephonic Access**, was filed electronically on July 12, 2023. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

*s/Joseph R. Vallort*