**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Western Division**

Stephanie Mackey, et al.

                              Plaintiff,

v.                                               Case No.: 3:21−cv−50283
                                                 Honorable Iain D. Johnston

Chemtool Incorporated, et al.

                              Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 12, 2023:

        MINUTE entry before the Honorable Lisa A. Jensen: Defendants' motion for
telephonic access to the 7/13/2023 hearing [222] is unopposed and granted. Telephonic
access is available via the following call−in number: (877) 336−1831 with access code
2813746 # or via the following link: https://teleconference.uc.att.com/ecm/?bp=40444363
97&mac=2813746.; Persons granted remote access to proceedings are reminded of the
general prohibition against photographing, recording, and rebroadcasting of court
proceedings. Violation of these prohibitions may result in sanctions. Mailed notice. (vk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.