IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| SARA HENDERSON**,** individually and on behalf of all others similarly situated,<br><br><br>Plaintiff,<br><br>v.<br><br>CHEMTOOL INCORPORATED, and THE LUBRIZOL CORPORATION**,**<br><br><br>Defendants. | 3:21-CV-50285<br><br>Assigned to: Honorable Iain D. Johnston<br><br>Referred to: Honorable Lisa A. Jensen |

## STIPULATION TO DISMISS COUNT II AND ALLEGATIONS OF WILLFUL AND WANTON CONDUCT IN PLAINTIFFS' COMPLAINT

WHEREAS, Plaintiff Sarah Henderson filed her Class Action Complaint against defendants Chemtool Incorporated ("Chemtool") and The Lubrizol Corporation ("Lubrizol) (collectively referred to as "Defendants") in the Circuit Court of Winnebago County on June 28, 2021, Case No. 2021-L-0000175 (Dkt. 1-A, Complaint)

WHEREAS, On July 16, 2021, Defendants removed the Mackey and Henderson actions to this court under the Class Action Fairness Act of 2005, 28 U.S.C. §§ 1332(d) and 1453 (Dkt. 1-0, Notice of Removal);

WHEREAS, On July 16, 2021, Defendants filed a Motion to Dismiss Count II of Plaintiff's Complaint alleging willful and wanton conduct (Dkt. 6). On August 17, 2021, the parties filed their Joint Motion to Hold Defendants' Motion to Dismiss in Abeyance and Stay Upcoming Deadlines ("Joint Motion") (Dkt. 24) On August 18, 2021, the Court granted the Joint Motion, effectively staying briefing on the motion to dismiss and deadlines under the joint proposed case management order (Dkt. 25).

WHEREAS, Defendant and Plaintiffs have agreed to dismiss Count II of the Complaint, without prejudice, and to dismiss, without prejudice, allegations of willful and wanton conduct contained in paragraph nos., 64, 65, 66, 67, 68, and 69 of the Complaint. At any time, Plaintiffs may elect to revive Count II, and the related allegations of willful and wanton conduct, by filing an Amended Complaint without leave of Court and without objection by Defendant. In filing this Amended Complaint, this stipulation does not permit Plaintiffs to add or alter the language in the Complaint in any other way without leave of Court. In the event Plaintiffs elect to revive Count II, Defendant's Motion to Dismiss Court II, which is currently pending, is also revived and Defendant may elect to schedule a hearing at any time thereafter.

NOW, THEREFORE, it is hereby stipulated and agreed by and between the parties that:

1. Count II of the Amended Class Complaint, and the separate allegations of willful and wanton conduct contained in paragraph nos. 64, 65, 66, 67, 68, and 69 are hereby dismissed, without prejudice;

2. At any time, Plaintiffs may elect to revive Count II and the separate allegations of willful and wanton conduct contained in paragraph nos. 64, 65, 66, 67, 68, and 69, by filing an Amended Complaint without leave of Court and without objection by Defendant. In filing this Amended Complaint, this stipulation does not permit Plaintiffs to add or alter the language in the Complaint in any other way without leave of Court. In the event Plaintiffs elect to revive Count II, Defendant's Motion to Dismiss Court II, which is currently pending, is also revived and Defendant may elect to schedule a hearing at any time thereafter.

3. All pending dates ordered by the Court remain in place. This stipulation does not affect the progression of discovery as to the remaining counts of Plaintiffs' Class Action Complaint.

Respectfully Submitted,

| | |
|---|---|
| */s/ Daniel R. Flynn* <br> Daniel R. Flynn (#6282876) <br> Adam J. Levitt (#6216433) <br> **DiCELLO LEVITT GUTZLER LLC** <br> 10 North Dearborn Street, Sixth Floor <br> Chicago, Illinois 60602 <br> (312) 214-7900 <br> alevitt@dicellolevitt.com <br> dflynn@dicellolevitt.com <br> <br> <br> */s/ David A. Neiman* <br> David A. Neiman (#6300412) <br> Stephan D. Blandin (#6194028) <br> **ROMANUCCI & BLANDIN, LLC** <br> 321 N. Clark Street, Suite 900 <br> Chicago, Illinois 60654 <br> (312) 458-1000 <br> Firm Id: 35875 <br> dneiman@rblaw.net <br> sblandin@rblaw.net <br> <br> */s/ Steven A. Hart* <br> Steven A. Hart (#6211008) | /s/ Joseph R. Vallort <br> Joseph R. Vallort #6209211 <br> CHILTON YAMBERT PORTER LLP <br> 303 W. Madison, Suite 2300 <br> Chicago, Illinois 60606 <br> Telephone: (312) 460-8000 <br> Facsimile: (312) 460-8299 <br> E-mail: *jvallort@cyp-law.com* <br> <br> *Attorney for Defendant Chemtool* <br> *Incorporated* |

| **HART MCLAUGHLIN & ELDRIDGE, LLC**<br>22 W Washington Street, Suite 1600<br>Chicago, Illinois 60602<br>(312) 955-0545<br>Firm ID: 59648<br>shart@hmelegal.com<br>beldridge@hmelegal.com<br>tkeiser@hmelegal.com<br><br>*Counsel for Plaintiffs and the Proposed Class* | |