## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Western Division

Stephanie Mackey, et al.
                            Plaintiff,

v.                                                       Case No.: 3:21−cv−50283
                                                      Honorable Iain D. Johnston

Chemtool Incorporated, et al.
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 27, 2023:

      MINUTE entry before the Honorable Lisa A. Jensen: Plaintiff's motion for an extension of time [228] is unopposed and granted. The 7/28/2023 date for disclosure of Rule 26(a)(2)(C) and Rule 26(e) supplements is stricken and reset to 12/31/2023, one month prior to the close of fact discovery on 1/31/2024. Mailed notice. (vk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.