# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| STEPHANIE MACKEY, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | No. 3:21-cv-50283 |
| v. ) | |
| ) | The Honorable Iain D. Johnston |
| CHEMTOOL INCORPORATED, *et al.*, ) | |
| ) | The Honorable Lisa A. Jensen |
| Defendants. ) | |
| ) | |
| v. ) | |
| ) | |
| HOLIAN INSULATION COMPANY, INC. ) | |
| ) | |
| Third-Party Defendant. ) | |

## JOINT STATUS REPORT

Pursuant to this Court's March 19, 2024 minute entry (ECF No. 280), Plaintiffs Stephanie Mackey, Nick Migliore, Sara Henderson, and the putative class ("Plaintiffs"), Defendants Chemtool Incorporated ("Chemtool") and The Lubrizol Corporation ("Lubrizol") (collectively "Defendants"), and Third-Party Defendant Holian Insulation Company, Inc. ("Third-Party Defendant" or "Holian") (collectively "the Parties") respectfully submit this Joint Status Report regarding the status of the parties' private mediation efforts.

Since the filing of the Parties' most recent Joint Status Report on March 18, 2024 (ECF No. 279), Plaintiffs, Chemtool, and Lubrizol have continued their settlement discussions working both through the private mediator and via direct communications. The Parties continue to make significant progress towards finalizing a written settlement agreement and respectfully request that they file another status report in around 30 days. Plaintiffs and Defendants fully expect to reach

agreement on all material terms outstanding for a class settlement to be completed and resolved within the next 30 days.

Date: April 17, 2024

        **FOR PLAINTIFFS:**

/s/ Steven A. Hart
Steven A. Hart
Charles R. Vogt
**HART MCLAUGHLIN & ELDRIDGE, LLC**
1 South Dearborn, Suite 1400
Chicago, IL 60603
Telephone: (312) 955-0545
shart@hmelegal.com
cvogt@hmelegal.com

/s/ Robert S. Libman
Robert S. Libman
Deanna N. Pihos
Roisin Duffy-Gideon
**MINER, BARNHILL & GALLAND, P.C.**
325 N. LaSalle St., Ste. 350
Chicago, IL 60654
Telephone: (312) 751-1170
rlibman@lawmbg.com
dpihos@lawmbg.com
rduffy@lawmbg.com

/s/ Robert M. Foote
Robert M. Foote
Kathleen C. Chavez
**FOOTE, MIELKE, CHAVEZ & O'NEIL, LLC**
10 W. State St., Ste. 200
Geneva, IL 60134
Telephone: (630) 232-7450
rmf@fmcolaw.com

/s/ Daniel R. Flynn
Daniel R. Flynn
Anna Claire Skinner
**DiCELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, IL 60602
Telephone: (312) 214-7900

dflynn@dicellolevitt.com
askinner@dicellolevitt.com

/s/ Marc C. Gravino
Marc C. Gravino
John J. Holevas
**WILLIAMS MCCARTHY LLP**
P.O. Box 219
Rockford, IL 61105
Telephone: (815) 987-8936
mgravino@wilmac.com
jholevas@wilmac.com

/s/ Edward J. Manzke
Edward J. Manzke
Shawn Collins
Margaret Galka
**THE COLLINS LAW FIRM, PC**
1770 Park St., Ste. 200
Naperville, IL 60563
Telephone: (630) 527-1595
shawn@collinslaw.com
ejmanzke@collinslaw.com
mgalka@collinslaw.com

/s/ David A. Neiman
David A. Neiman
**ROMANUCCI & BLANDIN, LLC**
321 N. Clark St., Ste. 900
Chicago, IL 60654
Telephone: (312) 458-1000
dneiman@rblaw.net


**FOR DEFENDANTS CHEMTOOL, INC. AND THE LUBRIZOL COROPORATION:**

/s/ Joseph R. Vallort
Joseph R. Vallort #6209211
**CHILTON YAMBERT PORTER LLP**
303 W. Madison, Suite 2300
Chicago, Illinois 60606
Telephone: (312) 460-8000
jvallort@cyp-law.com

3

/s/ Kelly A. Kosek,
Kelly A. Kosek (NDIL Bar No. 0075623)
**THE LUBRIZOL CORPORATION**
29400 Lakeland Boulevard
Wickliffe, Ohio 44092
Telephone: (440) 347-1246
kelly.kosek@lubrizol.com

/s/ Dominique Savinelli
Dominique Savinelli #6323175
**HUSCH BLACKWELL LLP**
120 South Riverside Plaza, Suite 2200
Chicago, Illinois 60606
Telephone: (312) 526-1518
dominique.savinelli@huschblackwell.com

/s/ Mark P. Ressler
Mark P. Ressler (*pro hac vice*)
Joshua E. Hollander (*pro hac vice*)
Christine M. Rodriguez (*pro hac vice*)
**Kasowitz Benson Torres LLP**
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
mressler@kasowitz.com
jhollander@kasowitz.com
cmrodriguez@kasowitz.com

Jason S. Takenouchi (*pro hac vice*)
**Kasowitz Benson Torres LLP**
101 California Street, Suite 3000
San Francisco, California 94111
Telephone: (415) 421-6140
jtakenouchi@kasowitz.com

Robert W. Bosslet
**Kasowitz Benson Torres LLP**
2029 Century Park E. Suite 2000N
Los Angeles, California 90067
Telephone: (424) 288-7910
rbosslet@kasowitz.com

/s/ Robert A. Roth
Robert A. Roth
Karlin E. Sangdahl
**Reed Smith LLP**

4

10 S. Wacker Dr. Suite 4000
Chicago, IL 60606
Phone: (312) 207-1000
rroth@reedsmith.com
ksangdahl@reedsmith.com


**FOR THIRD PARTY DEFENDANT HOLIAN INSULATION COMPANY, INC.:**

/s/ Andrew C. Seiber
Andrew C. Seiber (ARDC #6239156)
Charles J. Prochaska (ARDC # 6302784)
Amundsen Davis, LLC
150 N. Michigan Avenue, Suite 3300
Chicago, Illinois 60601
Telephone: (312) 894-3200
Facsimile: (312) 894-3210
aseiber@amundsendavislaw.com
cprochaska@amundsendavislaw.com