IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| STEPHANIE MACKEY, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 3:21-cv-50283 |
| | ) |
| CHEMTOOL INCORPORATED, *et al.*, | ) The Honorable Iain D. Johnston |
| | ) The Honorable Lisa A. Jensen |
| Defendants. | ) |
| | ) |
| v. | ) |
| | ) |
| HOLIAN INSULATION COMPANY, INC. | ) |
| | ) |
| Third-Party Defendant. | ) |

**JOINT STATUS REPORT**

Pursuant to this Court's April 18 15, 2024 minute entry (ECF No. 282), Plaintiffs Stephanie Mackey, Nick Migliore, Sara Henderson, and the putative class ("Plaintiffs"), Defendants Chemtool Incorporated ("Chemtool") and The Lubrizol Corporation ("Lubrizol") (collectively "Defendants"), and Third-Party Defendant Holian Insulation Company, Inc. ("Third-Party Defendant" or Holian") (collectively "the Parties") respectfully submit this Joint Status Report regarding the status of the parties' settlement discussions.

On May 10, 2024, Class Representatives Charles Grasley, Diane Connolly, Paige Hoops, and Eric Osberg ("Class Reps") and Chemtool filed a Joint Motion for Order Granting Preliminary Approval of Class Action Proposed Settlement, Directing Class Notice, and Scheduling Final Approval Hearing in *Grasley et al. v. Chemtool, Inc., et al.,* No. 21-L-162 (Winnebago Cty. Cir. Ct.) ("Preliminary Approval Motion"). On May 16, 2024, the Honorable Stephen E. Balogh entered an Order that, *inter alia*, granted the motion, directed the dissemination of notice to the

Class, established a deadline of August 14, 2024 for the filing of objections, and scheduled a hearing for September 27, 2024 to determine whether to grant final approval to the Settlement Agreement. The parties to the proposed Settlement Agreement are the *Grasley* Class Reps, the *Mackey* Plaintiffs, Chemtool, and Lubrizol. If finally approved, the Settlement Agreement will result in, *inter alia*, the dismissal with prejudice of the Plaintiffs' claims against Chemtool and Lubrizol in *Mackey*.

Although the claims against Third-Party Defendant Holian in *Grasley* and *Mackey* will not be resolved by the Settlement Agreement, Plaintiffs, Defendants, and Holian intend to restart settlement negotiations in an effort to resolve those claims. The Parties respectfully request that they submit another Joint Status Report in 60 days.

Date: May 20, 2024

        **FOR PLAINTIFFS:**

        /s/ Robert S. Libman
        Robert S. Libman
        Deanna N. Pihos
        Roisin Duffy-Gideon
        **MINER, BARNHILL & GALLAND, P.C.**
        325 N. LaSalle St., Ste. 350
        Chicago, IL 60654
        Telephone: (312) 751-1170
        rlibman@lawmbg.com
        dpihos@lawmbg.com
        rduffy@lawmbg.com

        /s/ Robert M. Foote
        Robert M. Foote
        Kathleen C. Chavez
        **FOOTE, MIELKE, CHAVEZ & O'NEIL, LLC**
        10 W. State St., Ste. 200
        Geneva, IL 60134
        Telephone: (630) 232-7450
        rmf@fmcolaw.com

/s/ Daniel R. Flynn
Daniel R. Flynn
Anna Claire Skinner
**DiCELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, IL 60602
Telephone: (312) 214-7900
dflynn@dicellolevitt.com
askinner@dicellolevitt.com

/s/ Marc C. Gravino
Marc C. Gravino
John J. Holevas
**WILLIAMS MCCARTHY LLP**
P.O. Box 219
Rockford, IL 61105
Telephone: (815) 987-8921
mgravino@wilmac.com
jholevas@wilmac.com

/s/ Edward J. Manzke
Edward J. Manzke
Shawn Collins
Margaret Galka
**THE COLLINS LAW FIRM, PC**
1770 Park St., Ste. 200
Naperville, IL 60563
Telephone: (630) 527-1595
shawn@collinslaw.com
ejmanzke@collinslaw.com
mgalka@collinslaw.com

/s/ Steven A. Hart
Steven A. Hart
**HART MCLAUGHLIN & ELDRIDGE, LLC**
22 W. Washington St., Ste. 1600
Chicago, IL 60602
Telephone: (312) 955-0545
shart@hmelegal.com

/s/ David A. Neiman
David A. Neiman
**ROMANUCCI & BLANDIN, LLC**
321 N. Clark St., Ste. 900
Chicago, IL 60654
Telephone: (312) 458-1000

3


dneiman@rblaw.net

**FOR DEFENDANTS CHEMTOOL, INC. AND THE LUBRIZOL COROPORATION:**

/s/ Dominique Savinelli
Dominique Savinelli #6323175
**HUSCH BLACKWELL LLP**
120 South Riverside Plaza, Suite 2200
Chicago, Illinois 60606
Telephone: (312) 526-1518
dominique.savinelli@huschblackwell.com

/s/ Joseph R. Vallort
Joseph R. Vallort #6209211
**CHILTON YAMBERT PORTER LLP**
303 W. Madison, Suite 2300
Chicago, Illinois 60606
Telephone: (312) 460-8000
jvallort@cyp-law.com

/s/ Kelly A. Kosek,
Kelly A. Kosek (NDIL Bar No. 0075623)
**THE LUBRIZOL CORPORATION**
29400 Lakeland Boulevard
Wickliffe, Ohio 44092
Telephone: (440) 347-1246
kelly.kosek@lubrizol.com

/s/ Robert A. Roth
Robert A. Roth
Karlin E. Sangdahl
**REED SMITH LLP**
10 S. Wacker Dr. Suite 4000
Chicago, IL 60606
Phone: (312) 207-1000
rroth@reedsmith.com
ksangdahl@reedsmith.com

**FOR THIRD PARTY DEFENDANT HOLIAN INSULATION COMPANY, INC.:**

/s/ Andrew C. Seiber
Andrew C. Seiber (ARDC #6239156)

4

                                     **AMUNDSEN DAVIS, LLC**
150 N. Michigan Avenue, Suite 3300
Chicago, Illinois 60601
Telephone: (312) 894-3200
Facsimile: (312) 894-3210
aseiber@amundsendavislaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 20, 2024, the **Joint Status Report** was electronically filed with the Clerk of the Court of the Northern District of Illinois using the Court's electronic filing system, which provides electronic service upon all counsel of record.

      */s/Daniel R. Flynn*
Daniel R. Flynn
DiCello Levitt LLP
Ten North Dearborn Street, Sixth Floor
Chicago, IL 60602
Telephone: (312) 214-7900
dflynn@dicellolevitt.com