## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.2)
### Western Division

Stephanie Mackey, et al.

                        Plaintiff,

v.

Chemtool Incorporated, et al.

                        Defendant.

Case No.: 3:21−cv−50283

Honorable Iain D. Johnston

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 5, 2025:

      MINUTE entry before the Honorable Margaret J. Schneider:Attorney David A. Neiman's Motion for Leave to Withdraw Appearance [295] is granted. The Court notes Plaintiff Stephanie Mackey continues to be represented by other counsel. The Clerk is directed to terminate Attorney David A. Neiman's appearance for Plaintiff Stephanie Mackey from the docket. The Court notes that Attorney David A. Neiman continues to represent Plaintiff Nick Migliore. Mailed notice. (jxk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.