# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.2)
### Western Division

Stephanie Mackey, et al.
                                         Plaintiff,

v.                                                      Case No.: 3:21−cv−50283
                                                           Honorable Iain D. Johnston

Chemtool Incorporated, et al.
                                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 5, 2025:

      MINUTE entry before the Honorable Margaret J. Schneider:Attorney David A. Neiman's Motion for Leave to Withdraw Appearance [297] is granted. The Court notes Plaintiff Nick Migliore continues to be represented by other counsel. The Clerk is directed to terminate Attorney David A. Neiman's appearance for Plaintiff Nick Migliore from the docket. Mailed notice. (jxk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.