## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Western Division

Chemtool Incorporated, et al.

                                        Plaintiff,

v.                                                      Case No.: 3:21−cv−50283

                                                                Honorable Iain D. Johnston

Holian Insulation Company, Inc., et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 24, 2025:

      MINUTE entry before the Honorable Iain D. Johnston: In light of the stipulation to dismiss [314], the claims by the plaintiffs against all defendants are dismissed with prejudice, with each party to bear its own costs. The case proceeds on the third−party complaint by Chemtool against third−party defendant Holian Insulation Co. By 9/2/2025 the remaining parties shall file a written report on the status of final approval of the related state court proceeding. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.